IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**PRISCILLA THREADGILL, Individually and as Personal Representative of the Estate of Joseph Threadgill, DAVID THREADGILL and DANIELLE THREADGILL,**

   **Plaintiffs,**

vs.              **No. CIV 12-1257 RB/LAM**

**UNITED STATES AUTOMOBILE ASSOCIATION CASUALTY INSURANCE COMPANY and GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,**

   **Defendants.**

## JUDGMENT

  **THE COURT**, having issued a Memorandum Opinion and Order on September 25, 2014, enters this judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Judgment is entered in favor of Defendants and against Plaintiffs.

_____
  **ROBERT C. BRACK**
  **UNITED STATES DISTRICT JUDGE**