# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PRISCILLA THREADGILL, Individually and as Personal Representative of the Estate of Joseph Threadgill, DAVID THREADGILL and DANIELLE THREADGILL, <br><br>　　　　Plaintiffs, <br><br>vs <br><br>UNITED STATES AUTOMOBILE ASSOCIATION CASUALTY INSURANCE COMPANY and GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br>　　　　Defendants. | **NOTICE OF APPEAL** <br><br> No. 1:12-cv-01257-RB-KK <br> Ct. of App. No. _____ |

## NOTICE OF APPEAL

Notice is given that Plaintiffs PRISCILLA THREADGILL, Individually and as Personal Representative of the Estate of Joseph Threadgill, DAVID THREADGILL and DANIELLE THREADGILL hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Court's "Memorandum Opinion and Order" granting *Defendants' Motion for Summary Judgment* [Doc. 29].

Dated: October 20, 2014

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ARCHIBEQUE LAW FIRM, LLC

　　　　　　　　　　　　　　　　　　　　*/s/ Ronald C. Archibeque*
　　　　　　　　　　　　　　　　　　　　Ronald C. Archibeque
　　　　　　　　　　　　　　　　　　　　Lalita Devarakonda
　　　　　　　　　　　　　　　　　　　　P.O. Box 94837
　　　　　　　　　　　　　　　　　　　　Albuquerque, NM 87199
　　　　　　　　　　　　　　　　　　　　(505) 750-2363

        Fax: 505/792-6084

        Gabrielle M. Valdez
        YOUTZ & VALDEZ, P.C.
        900 Gold Ave. SW
        Albuquerque, NM  87102
        (505) 244-1200
        Fax: 505/244-970
        *Attorneys for Plaintiffs*

THIS IS TO CERTIFY that a true and correct copy of the foregoing pleading was served via the CM/ECF system on this 20th day of October, 2014 to the following:

Courtenay L. Keller, Esq.
Mark J. Riley, Esq.
RILEY, SHANE & KELLER, P.A.
3880 Osuna Road NE
Albuquerque, NM  87109
*Attorneys for Defendants*

*/s/ Ronald C. Archibeque*
Ronald C. Archibeque